

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00079-CR

Crystal Star **CARDENAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CR-5931
Honorable Catherine Torres-Stahl, Judge Presiding

PER CURIAM

Sitting:    Lori Massey Brissette, Justice
Adrian A. Spears II, Justice
H. Todd McCray, Justice

Delivered and Filed: May 6, 2026

DISMISSED FOR WANT OF JURISDICTION

Pursuant to a plea bargain, appellant was placed on community supervision in January 2023. On January 28, 2026, the trial court signed an "Order Amending Conditions of Community Supervision." On January 28, 2026, appellant filed a pro se notice of appeal, appearing to appeal the trial court's order amending the conditions of community supervision. However, this court does not have jurisdiction to consider an appeal from an order altering or modifying the conditions of community supervision. See *Davis v. State*, 195 S.W.3d 708, 710-11 (Tex. Crim. App. 2006);

*Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *Quaglia v. State*, 906 S.W.2d 112, 113 (Tex. App.—San Antonio 1995, no pet.).

We therefore ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. On April 23, 2026, appellant's counsel responded, explaining there were "no flaws with [the court's] conclusions" and "[t]his attempted appeal . . . targets a probation modification that is simply unappealable. . . . As such, appellate counsel concedes this Court has little choice but to dismiss this attempted appeal for want of jurisdiction."

Accordingly, we dismiss this appeal for lack of jurisdiction.

PER CURIAM